### BRENNAN *v.* BROOKS *et al.*

EVANS, P. J. 1. In a proceeding before the ordinary to remove obstructions from a private way, under the Political Code, § 679, the description of the private way is not required to be set out with that particularity demanded in a proceeding to lay out and establish a private way, but it will be sufficient if it serves to identify an existing private way across which an obstruction had been placed. *Kirkland* v. *Pittman*, 122 *Ga.* 256 (50 S. E. 117). The description of the private way in the petition in this case was sufficiently definite.

2. The averments in the petition were sufficient to show that the private way traversed "improved land." *Hopkins* v. *Roach*, 127 *Ga.* 153 (56 S. E. 303).

3. Though conflicting, the evidence before the ordinary was sufficient to sustain his finding.

　　　　　*Judgment affirmed. All the Justices concur.*

Argued February 10,—Decided July 20, 1908.

Certiorari. Before Judge Little. Muscogee superior court. December 28, 1906.

*T. T. Miller,* for plaintiff in error.